IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BARRY MOOREFIELD, ) | |
| ) | Case No. 4:07CV00006 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that the Plaintiff's motion for summary judgment be granted and the case remanded to the Commissioner for further proceedings. This recommendation was filed September 11, 2007, from which the parties had ten (10) days to file objections. No objections were filed.

Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Plaintiff's Motion for Summary Judgment is **GRANTED**, and the case is **REMANDED** to the Commissioner for further proceedings.

Entered this 28th day of September, 2007.

s/Jackson L. Kiser
Senior United States District Judge

1